**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MOSHIN KHAWAJA | : | |
| | : | PETITION NO.: 19-15430-MDC |
| DEBTOR | : | |

## ORDER GRANTING RELIEF FROM STAY

The Motion of Petitioner, Second and Race Street, LP requesting Relief from the Automatic Stay provided for by Section 362(a) of the Bankruptcy Code is GRANTED.

It is further ORDERED that Petitioner is Granted leave to proceed with an action for possession of the property and eviction of the Debtor.

BY THE COURT

April 17, 2020

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge